Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

In Re:
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc Debtor(s)  Bankruptcy Case No.: 23–40134
Chapter: 11

Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
Plaintiff(s)
vs.  Adversary Proceeding No. 23–04046
Albert M. T. Finch, III Defendant(s)
(See attachment for additional defendant(s))

**SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| **Mailing Address:** |
|---|
| U.S. Bankruptcy Court |
| 1300 Clay Street, Suite 300 |
| Oakland, CA 94612 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of plaintiff's attorney**

| Andrew Layden |
|---|
| Baker Hostetler LLP |
| 200 S. Orange Avenue |
| Suite 2300 |
| Orlando, FL 32801 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** December 20, 2023 | **TIME:** 10:30 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 1300 Clay St. Room 220, Oakland, CA 94612 or by Zoom. For details: See https://www.canb.uscourts.gov/judge/lafferty/calendar ||

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 10/20/23

# CERTIFICATE OF SERVICE

I, Andrew V. Layden _____(name), certify that service of this summons and copy of the complaint was made __October 23, 2023__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    See attached mailing list

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __October 23, 2023__  Signature *Andrew V. Layden*
Print Name: Andrew V. Layden
Business Address: 200 South Orange Avenue, Suite 2300
Orlando, FL 32801

| | | |
|---|---|---|
| Albert Finch<br>554 15th Street<br>Santa Monica, CA 90402 | Andrew Kozlow<br>946 Elaine Ave.<br>Livermore, CA 94550 | Angela Kim<br>3053 Punta Del Este Drive<br>Hacienda Heights, CA 91745 |
| Brett L. Runyon<br>1537 Columbia Dr. East<br>Fresno, CA 93727 | Brian M. Sanders<br>5249 Mohican Way<br>Antioch, CA 94531 | Charles S. Painter<br>4139 St. Anselm Court<br>Fair Oaks, CA 95628 |
| David J. Frankenberger<br>c/o Peter L. Fear<br>7650 N. Palm Ave., Suite 101<br>Fresno, CA 93711 | Douglas M. Kilduff<br>641 Mystic Lane<br>Sacramento, CA 95864 | George J. Hernandez<br>2120 E. Hill St. #109<br>Signal Hill, CA 90755 |
| Graham Cridland<br>1932 Picasso Ave.<br>Davis, CA 95618 | Mark L. Kiefer<br>11204 Grayridge Dr.<br>Culver City, CA 90230-5518 | Nathaniel Lucey<br>149 Franklin St.<br>Santa Cruz, CA 95060 |
| Norma Pedroza Chavez<br>776 Grandview Dr.<br>Folsom, CA 95630 | Sharon Hightower<br>756 Azule Avenue<br>San Jose, CA 95123 | Von Reyes<br>888 Georgetown Place<br>San Jose, CA 95126 |
| William Jenkins<br>776 Grandview Dr.<br>Folsom, CA 95630 | | |